**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CONNIE Y. TCHENG (SBN 228171)
ctcheng@dollamir.com
725 S. Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel: 213.542.3380
Fax: 213.542.3381

Attorneys for Defendant,
CAPITAL ONE FINANCIAL CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RYAN STEPHENS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CAPITAL ONE FINANCIAL CORPORATION,

Defendant.

Case No.

**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 (FEDERAL QUESTION)**

[Contra Costa County Superior Court, Case No. CIVMSC21-02397]

Complaint Filed: 11/19/2021



DOLL AMIR & ELEY LLP

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** Defendant Capital One Financial Corporation ("Capital One"), hereby invokes this Court's jurisdiction under the provision of 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 and 28 U.S.C. § 1367(a), and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

**A. <u>JURISDICTION</u>**

1. Capital One specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1441(a) and 28 U.S.C. § 1331 because Plaintiff Ryan Stephens ("Plaintiff") alleges a cause of action arising under the federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq*. Further, the Court has supplemental jurisdiction over any state law cause of action alleged in the Complaint pursuant to 28 U.S.C. § 1367(a).

**B. <u>STATEMENT OF THE CASE</u>**

2. On November 19, 2021, Plaintiff filed a Complaint in the Northern District, Contra Costa County Superior Court, State of California, designated as Case No. CIVMSC21-02397 (the "Action"). Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Capital One in the Action are attached hereto as *<u>Exhibit A</u>*.

3. Plaintiff asserts three (3) causes of action in his Complaint against Capital One, for alleged violations of the: (1) Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *et seq*.; (2) California Consumer Credit Reporting Agencies Act ("CCRAA"), Cal. Civ. Code §§ 1785.1, *et seq*.; and (3) California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, *et seq*.

**C. <u>BASIS FOR REMOVAL</u>**

4. This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331, because Plaintiff alleges that purported conduct of Capital One entitles Plaintiff to an award of damages under the FCRA, which is a law of the United States.

5. Specifically, Plaintiff's Complaint alleges that Capital One violated the FCRA because it performed a full credit inquiry as to Plaintiff, when Plaintiff had only consented to a soft credit pull inquiry. Compl., ¶¶ 55-60, 90-98.

6. Additionally, this Court has supplemental jurisdiction over the remaining state law claims, because they "form part of the same case or controversy." 28 U.S.C. § 1367(a). A state claim is part of the same case or controversy if it shares a "common nucleus of operative fact" with the federal claim, and if they would normally be tried together. *See, e.g., Trustees of the Constr. Indus. & Laborers Health & Welfare Trust v. Desert Valley Landscape Maint., Inc.*, 333 F. 3d 923, 925 (9th Cir. 2003). Here, Plaintiff's claims for violations of the CCRAA and UCL are based on the same factual allegations as her claims for violation of the FCRA. Compl., ¶¶ 99-115. The Court should therefore extend supplemental jurisdiction over Plaintiff's state law claims.

## D. ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

5. Removal of this action is timely. Capital One executed and returned a Notice and Acknowledgement of Receipt of the Summons and Complaint in this action on December 8, 2021. Service upon Capital One was thus deemed complete on December 8, 2021. Cal. Civ. Proc. Code § 415.30(c). This Notice of Removal is "filed within thirty [30] days after receipt by the defendant . . . of a copy of [the Summons and Complaint]," in accordance with the time period mandated by 28 U.S.C. section 1446(b).

7. Capital One is the only named Defendant in the action and therefore no consent of additional parties is required.

8. Venue lies in the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1441(a) because the Action was filed in this District.

9. As stated above, pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders in this Action is attached hereto as *Exhibit A*.

10. Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff. Capital One will also promptly file a copy of this Notice with the Clerk of the Superior Court of California, County of Contra Costa.

**WHEREFORE** Capital One prays that the above Action now pending against it in the Superior Court of the State of California, County of Contra Costa, be removed therefrom to this Court.

DATED: January 6, 2022

DOLL AMIR & ELEY LLP

By: */s/ Connie Y. Tcheng*
HUNTER R. ELEY
CONNIE Y. TCHENG
Attorneys for Defendant,
CAPITAL ONE FINANCIAL CORPORATION