**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Ryan Stephens*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN STEPHENS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>　　　　　　　Defendant. | Case No.: 3:22-cv-00079-RS<br><br>**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1) WITHOUT PREJUDICE; AND ORDER** |

///
///
///
///
///
///
///
///
///

Plaintiff RYAN STEPHENS ("Plaintiff") and Defendant CAPITAL ONE FINANCIAL CORPORATION ("Defendant") hereby jointly stipulate and respectfully move this honorable court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismiss the above-captioned action in its entirety, both as to Plaintiff's individual claims and as to the putative class members' claims, without prejudice. The parties further agree that each party shall bear its own attorney's fees and costs related to this action.

Dated: June 23, 2022    **KAZEROUNI LAW GROUP, APC**

/s/ Mona Amini

Mona Amini
Counsel for Plaintiff
**DOLL AMIR ELEY, LLP**

Dated: June 23, 2022    /s/ Connie Tcheng

Hunter Eley
Connie Tcheng
Counsel for Defendant
Capital One Financial Corporation

## ORDER

Having received the parties' Stipulation for Dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1), and good cause appearing therefor, IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice. Each party shall bear their own attorneys' fees and costs related to this action.

**IT IS SO ORDERED.**

Dated: June 27, 2022

UNITED STATES DISTRICT JUDGE